UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN VARELA, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                         Case No. 6:07-cv-165-Orl-28KRS

INNOVATIVE WIRING SOLUTIONS, LLC,
ROBERT L. NOLAN, III,

                Defendants.
_____

## ORDER

This case is before the Court on the Unopposed Motion for John W. Bolanovich to withdraw as Attorney of Record for Defendants (Doc. No. 24) filed June 15, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted and the Answer of Defendant Innovative Wiring Solutions, LLC (Doc. No. 9) be stricken.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 9, 2007 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Withdraw (Doc. No. 24) is **GRANTED**.

3.  The Answer of Defendant Innovative Wiring Solutions, LLC (Doc. No. 9) is **STRICKEN**. The Counterclaim of Defendant Innovative Wiring Solutions, LLC. (Doc. No. 9) is also **STRICKEN**.

4.  The Clerk is directed to enter a default as to Defendant Innovative Wiring Solutions, LLC.

5.  The Clerk is directed to mail a copy of this Order to Defendant Noland at 21667 Ft. Christmas Road, Christmas, Florida 32709 and to Defendant Innovative Wiring Solutions, LLC at 274 Wilshire Blvd., #221, Casselberry, Florida 32707.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 1st day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party