# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SEAN VARELA, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

               Plaintiffs,

-vs-                                          Case No. 6:07-cv-165-Orl-28KRS

INNOVATIVE WIRING SOLUTIONS, LLC,
ROBERT L. NOLAN, III,

               Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 34) filed October 10, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 5, 2007 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Final Judgment against all Defendants is denied without prejudice. Plaintiff may move for default judgment against Defendant Innovative Wiring Solutions, LLC when the claims against Defendant Noland are resolved.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this __31__ day of December, 2007.

                                                  JOHN ANTOON II  
                                                 United States District Judge

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party