**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEAN VARELA, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

                      Plaintiffs,

-vs-                                  Case No. 6:07-cv-165-Orl-28KRS

INNOVATIVE WIRING SOLUTIONS, LLC,
ROBERT L. NOLAN, III,

                      Defendants.
_____

## ORDER

The United States Magistrate Judge has submitted a report recommending that the Answer (Doc. No. 9) of Defendant Robert L. Noland be stricken and default entered against him.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 16, 2008 (Doc. No. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Answer of Defendant Robert Noland (Doc. No. 9) is hereby **STRICKEN.**

3. The Clerk is directed to enter a default as to Defendant Noland.

4. Plaintiff Sean Varela shall file his motion for default judgment within ten (10) days of the Clerk entering default as to Defendant Noland.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_9\_\_ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party