# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SEAN VARELA, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                                  **Case No. 6:07-cv-165-Orl-28KRS**

**INNOVATIVE WIRING SOLUTIONS, LLC, ROBERT L. NOLAN, III,**

        **Defendants.**

___

## ORDER REGARDING EVIDENTIARY HEARING TO BE CONDUCTED ON JANUARY 5, 2009

It is **ORDERED** that Judy Diaz, Quality Assurance Coordinator for Morgan & Morgan, P.A., shall personally attend the evidentiary hearing scheduled in this case on January 5, 2009 beginning at 1:30 p.m. Ms. Diaz shall be prepared to testify regarding regarding the time recording and timekeeping system used at Morgan & Morgan, P.A. and specifically the time records maintained for work performed in the present case.

It is further **ORDERED** that Judy Diaz should bring with her to the hearing for the Court's review a true and accurate printout of the time records maintained by Morgan & Morgan, P.A. in the present case, which printout shall include all information maintained in the law firm's timekeeping system, including but not limited to the following:

- The name or initials of the timekeeper for each time entry;
- The name or initials of the recorder for each time entry;

- The name or initials of the producer for each time entry;

- The hourly rate associated with each time entry;

- The hours associated with each time entry;

- The fee amount for each time entry;

- The date the work was performed as to each time entry;

- The date that the time entry was entered into the time keeping system; and

- With respect to any modification of a time entry, the date the modification was made, the name or initials of the individual who made the modification, and the text of the time entry before the modification was made.

It is further **ORDERED** that Ms. Diaz shall bring to the hearing a true and accurate printout of each time charge slip that supports each time entry in this case or, if any time charge slip is no longer in existence, be prepared to testify as to the disposition of the time charge slip after the information is entered into the timekeeping system.

**DONE** and **ORDERED** in Orlando, Florida on December 30, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties