# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SEAN VARELA,  ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

          **Plaintiffs,**

-vs-                                    **Case No.  6:07-cv-165-Orl-28KRS**

INNOVATIVE WIRING SOLUTIONS,
LLC,  ROBERT L. NOLAN, III,

          **Defendants.**
_____/

MICHAEL KWASNIK and SHAVONIA
HUTCHENS,

          **Plaintiffs,**

-vs-                                    **Case No.  6:08-cv-926-Orl-31KRS**

CHARLEE FAMILY CARE SERVICES OF
CENTRAL FLORIDA, INC.,

          **Defendant.**
_____

## DOCUMENT, INCLUDING  ELECTRONICALLY STORED INFORMATION, PRESERVATION ORDER

The Court having granted the oral request to reschedule the testimony of Judy Diaz, firmwide

Quality Assurance Coordinator of the law firm of Morgan & Morgan, P.A., it is **ORDERED** that,

pending further order of the Court, all officers, shareholders, partners, associates, attorneys, employees,

investigators, independent contractors, information technology personnel, and agents of Morgan &

Morgan, P.A. and/or the law firm formerly known as the Celler Legal Group shall preserve without

modification all documents, including electronically stored information, related to work performed by any officer, shareholder, partner, associate, attorney, employee, investigator, independent contractor, information technology personnel or agent of Morgan & Morgan, P.A. and/or the law firm formerly known as the Celler Legal Group with respect to any client alleging, or case arising in whole or in part from, violations of the Fair Labor Standards Act, including all time records entered on or before January 5, 2009.

It is further **ORDERED** that counsel of record in the above-captioned cases shall forthwith provide a copy of this order to the officers and managing partner of Morgan & Morgan, P.A., the partner in charge of each office of Morgan and Morgan, P.A., Judy Diaz and all individuals under her supervision, and to every current officer, shareholder, partner, associate, attorney, employee, investigator,  independent contractor, information technology personnel, and agent of Morgan & Morgan, P.A. and/or the law firm formerly known as the Celler Legal Group, and certify compliance with this order in writing filed on or before 10:00 a.m. on January 6, 2009 in each of the above-captioned cases.

The Court may inquire regarding compliance with this order during the continuation of the evidentiary hearing begun today in the above-captioned cases.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2009.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

-2-