# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SEAN VARELA, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                           Case No. 6:07-cv-165-Orl-28KRS

INNOVATIVE WIRING SOLUTIONS, LLC,
ROBERT L. NOLAN, III,

                Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. No. 52) filed December 5, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 26, 2009 (Doc. No. 76) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. No. 52) is **GRANTED in part** and **DENIED in part**.

3. Defendants Innovative Wiring Solutions, LLC and Robert L. Noland, III, jointly and severally, shall pay damages to Plaintiff, Sean Varela, in the amount of $19,351.20 and costs in the amount of $578.00.

4. Plaintiff's counsel and the law firm of Morgan & Morgan, P.A., may not withhold any portion of the damages payable to Plaintiff pursuant to a retainer agreement or otherwise.

5. The collective action allegations of the Complaint are **DISMISSED**.

6. Plaintiff's counsel is directed to serve a copy of this Order on Plaintiff.

7. The Court reserves ruling on the request for fees by Plaintiff's counsel.

8. The Clerk is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of June, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party