SEAN VARELA, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

               **Plaintiffs,**

-vs-                                    Case No.  6:07-cv-165-Orl-31KRS

INNOVATIVE WIRING SOLUTIONS,
LLC, ROBERT L. NOLAN, III,

               **Defendants.**

_____

MICHAEL KWASNIK and SHAVONIA
HUTCHENS,

               **Plaintiffs,**

-vs-                                    Case No.  6:08-cv-926-Orl-31KRS

CHARLEE FAMILY CARE SERVICES OF
CENTRAL FLORIDA, INC.,

               **Defendant.**

_____

CARLOS AYALA,

               **Plaintiff,**

-vs-                                    Case No.  6:08-cv-1809-Orl-31KRS

LEADING EDGE LOGISTICS, INC., and
GREGORY GARRISON,

               **Defendants.**

_____

In re

FLSA Cases

Case No. 6:08-mc-49-Orl-31GJK

## ORDER

On February 4, 2010, pursuant to Notice, the undersigned conducted a hearing in the above matters. Messrs. Bates, Cellar and Morgan appeared on behalf of the Morgan & Morgan law firm. At the hearing, the Court considered the Reports and Recommendations (and amendments thereto) issued by Magistrate Judge Spaulding in the three individual cases, which recommended the imposition of sanctions against Morgan & Morgan, and Morgan & Morgan's objections thereto. The Court also considered the quarterly reports filed by the law firm and issues related to the miscellaneous case docket.

During the hearing, the Court commended Morgan & Morgan for the improvement in its practice management regarding FLSA cases. The Court also expressed concern about the somewhat defiant attitude expressed by Morgan & Morgan in some of its filings. The Morgan & Morgan lawyers at the hearing assured the Court that they accepted responsibility for their prior failings and were sincere in their commitment to rectify these problems. The Court appreciates and accepts these sentiments.

The goal of the miscellaneous case docket, and Judge Spaulding in her Reports and Recommendations, was to identify recurring problems with FLSA cases being filed in this Court and encourage resolution of same. The undersigned believes that this goal has largely been

achieved. To the extent that problems may arise in the future, they can be addressed on a case-by-case basis. It is, therefore

ORDERED and ADJUDGED that:

1.    Morgan & Morgan's objections to the Reports and Recommendations in *Varela, et al. v. Innovative Wiring Solutions, LLC, et al.*, Case No. 6:07-cv-165-Orl-31KRS; *Michael Kwasnik, et al. v. Charlee Family Care Services of Central Florida, Inc.*, Case No. 6:08-cv-926-Orl-31KRS; and *Ayala v. Leading Edge Logistics, Inc., et al.*, Case No. 6:08-cv-1809-Orl-31KRS are **OVERRULED** and the Reports and Recommendations are **CONFIRMED in part** and **ADOPTED in part**. However, the Court will not impose the sanction originally suggested by Judge Spaulding.

2.    The Clerk of the Court is directed to docket a copy of this Order in each of the above-captioned cases, terminate any pending Report and Recommendation, and to administratively close the file in *Ayala v. Leading Edge Logistics, Inc., et al.*, Case No. 6:08-cv-1809-Orl-31KRS and *In re: FLSA Cases*, Case No. 06:08-mc-049-Orl-31GJK.

3.    Morgan & Morgan is relieved of any further reporting requirement in the miscellaneous docket.

4.    As a sanction for the above, Morgan & Morgan shall reimburse the court reporter for the cost of transcribing these proceedings in accordance with the attached statements.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 4, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party
Orlando District Judges
Orlando Magistrate Judges

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-3-

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00001266

**MAKE CHECKS PAYABLE TO:**

Sheryl Loesch
Clerk of the Court
Middle District of Florida
80 N. Hughey Ave., #300
Orlando, FL 32801

Phone: (407) 835-4205

Diane Peede
United States Court Reporter
401 West Central Boulevard
Suite 4600
Orlando, FL 32801-0460

Phone: (407) 615-0305

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 01-06-2009 | DATE DELIVERED 01-12-2009 |
|---|---|---|

**Case Style:** 6:08CV926ORL31KRS, Michael Kwasnik, et al v Charlee Family Services
Transcript of 1/5/08 hearing on Second Motion for Default Judgment, held
before Magistrate Judge Spaulding
Original - ordered by Judge Spaulding

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 146 | 4.25 | 620.50 | | | | | | | 620.50 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 620.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $620.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE *Diane Peede* | DATE 01-13-2009 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO:  00001267

## MAKE CHECKS PAYABLE TO:

Sheryl Loesch
Clerk of the Court
Middle District of Florida
80 N. Hughey Ave., #300
Orlando, FL 32801

Phone:  (407) 835-4205

Diane Peede
United States Court Reporter
401 West Central Boulevard
Suite 4600
Orlando, FL 32801-0460

Phone:  (407) 615-0305

| | | | |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED 01-06-2009 | DATE DELIVERED: 01-13-2009 | |

**Case Style:** 6:07-CV-165-ORL-28KR, Sean Varela v Innovative Wiring Solutions
Transcript of 1/5/09 evidentiary hearing on Order to Show Cause, held
before Magistrate Judge Spaulding
Original - ordered by Judge Spaulding

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 60 | 4.25 | 255.00 | | | | | | | 255.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 255.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $255.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply  with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-13-2009 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 00001269

## MAKE CHECKS PAYABLE TO:

Sheryl Loesch
Clerk of the Court
Middle District of Florida
80 N. Hughey Ave., #300
Orlando, FL 32801

Phone: (407) 835-4205

Diane Peede
United States Court Reporter
401 West Central Boulevard
Suite 4600
Orlando, FL 32801-0460

Phone: (407) 615-0305

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 01-06-2009 | DATE DELIVERED: 01-14-2009 |
|---|---|---|

**Case Style:** 6:08CV926ORL31KRS, Michael Kwasnik, et al v Charlee Family Services
Transcript of 1/8/08 continuation of an evidentiary hearing, held before
Magistrate Judge Spaulding
Original - ordered by Judge Spaulding

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 95 | 4.25 | 403.75 | | | | | | | 403.75 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 403.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:  Amt: | TOTAL DUE: | $403.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 01-14-2009 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*